# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2025

## NO. 03-25-00197-CR

**Ronny Gene Smith, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.